United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard J. Algeo  
    Debtor

Case No. 16-12091-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Christina　　Page 1 of 2　　Date Rcvd: Oct 06, 2016  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.

```
db            +Howard J. Algeo,    2170 Pheasant Ln,    Gilbertsville, PA 19525-9258
cr            +Eastern Savings Bank, FSB,    c/o Kathryn L. Mason, Esquire,    P.O. Box 650,
                Hershey, PA 17033-0650
13698486      +Acs/Brazos,    501 Bleecker St,    Utica, NY 13501-2401
13698487      +Berkheimer,    P O Box 25144,    Lehigh Valley, PA 18002-5144
13698488      +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
13698489      +Capital One,    P O Box 30285,    Salt Lake City, UT 84130-0285
13730787       Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13698490       Chase,    Po Box 901003,    Columbus, OH 43224
13698491      +Eastern Savings Bank,    11350 Mccormick Rd #200,    Hunt Valley, MD 21031-1002
13698492      +Fay C. Algeo,    2170 Pheasand Rd,    Gilbertsville, PA 19525-9258
13698493      +Gregg L. Morris, Esq,    213 E. Main St,    Carnegie, PA 15106-2701
13727162      +Massachusetts Higher Education Assistance Corp,    dba American Student Assistance,    ASA,
                100 Cambridge St,    Boston, MA 02114-2567
13698496      +Saf/Trustudent,    2500 E Broadway St,    Helena, MT 59601-4901
13698497      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13698498      +Scott Dietterick,    P O Box 650,    Hershey, PA 17033-0650
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Oct 07 2016 02:16:43     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2016 02:16:40     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13698494       E-mail/Text: cio.bncmail@irs.gov Oct 07 2016 02:15:39     Department of the Treasury,
                Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
13738899       E-mail/Text: bk.notifications@jpmchase.com Oct 07 2016 02:15:47     JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13743380       E-mail/Text: blegal@phfa.org Oct 07 2016 02:16:24     PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
13698495      +E-mail/Text: blegal@phfa.org Oct 07 2016 02:16:24     Pa Housing Finance Age,    211 N Front St,
                Harrisburg, PA 17101-1406
13730219       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 07 2016 02:15:53
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:
```
              ALLAN K. MARSHALL    on behalf of Debtor Howard J. Algeo akm6940@aol.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KATHRYN L. MASON    on behalf of Creditor    Eastern Savings Bank, FSB klm@jsdc.com, cls@jsdc.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
```

```
District/off: 0313-2          User: Christina           Page 2 of 2              Date Rcvd: Oct 06, 2016
                              Form ID: pdf900           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                                          :
                                                                                                       Chapter 13

John L. Morvin aka John Louis Morvin
Ann Marie Morvin fka Ann Marie Bray
        Debtor(s)

                                                                                         :     Bankruptcy No. 16-15021-mdc

## ORDER

AND NOW, this   6th   day of   October   , 2016, it is

1.*( X )   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( X ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

                                                                                _Magdeline D. C_____
                                                                                Magdeline D. Coleman
                                                                                United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.